IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HENRY EPPERSON**  **PLAINTIFF**
**#56566**

V.                              NO. 4:22-cv-00281-LPR-ERE

**E. HIGGINS,** *et al.*                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has passed. After carefully considering the Recommendation and making *a de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff Henry Epperson's § 1983 claims are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim. This case will be CLOSED. Dismissal should constitute a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE